IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


KRISTY BELL, et al.,

        Plaintiffs,

v.                                           No. 2:17-cv-00796-KG-CG

TRI-STATE CAREFLIGHT, LLC, and
BLAKE A. STAMPER, Individually,

        Defendants.


## STIPULATED ORDER GRANTING
## DEFENDANTS' MOTION TO TRANSFER RELATED
## CASE TO HONORABLE JAMES O. BROWNING

This matter comes before the Court on Defendants' Motion to Transfer Related Case to Honorable James O. Browning (Doc. No. 11, filed Sept. 26, 2017), which requested that this Court transfer the above-captioned case to Judge Browning, who has been presiding over the related case of *Bastian v. Tri-State Careflight, LLC and Blake A. Stamper*, 1:14-CV-1044-JB-KBM ("*Bastian*"). Since the filing of that Motion, Judge Browning has entered a Memorandum Opinion and Order in *Bastian* granting a Motion to Intervene and Supplemental Motion to Intervene. *Bastian* Mem. Op. and Order (Doc. No. 175, filed September 30, 2017). In light of Judge Browning's order, Plaintiffs do not oppose the instant motion.

Having considered the motion and Judge Browning's order allowing intervention, and noting that the motion is now unopposed, the Court finds that motion is well-taken and should be GRANTED. Accordingly, pursuant to Rule 42 of the Federal Rules of Civil Procedure, IT IS

HEREBY ORDERED that the above captioned case be transferred to the Honorable James O. Browning, who shall preside over all future proceedings.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Jeffrey L. Lowry*
    Charles J. Vigil
    Jeffrey L. Lowry
Post Office Box 1888
Albuquerque, New Mexico  87103
Telephone:  (505) 765-5900
cvigil@rodey.com
jlowry@rodey.com
*Attorneys for Defendants*


APPROVED BY:

MOODY & WARNER, P.C.

By  *Electronically Approved on 10/04/2017*
    Christopher M. Moody
    Repps D. Stanford
4169 Montgomery Blvd., NE
Albuquerque, NM 87109
Telephone:  (505) 944-0033
moody@nmlaborlaw.com
Stanford@nmlaborlaw.com
*Attorneys for Plaintiffs*