IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 27 2022

MITCHELL R. ELFERS
CLERK

BASNET, ET AL., on behalf of themselves
and all others similarly situated,

    Plaintiffs,

vs.

TRI-STATE CAREFLIGHT, LLC, and
BLAKE A. STAMPER, Individually,

    Defendants.

No. 1:14-cv-01044-JB-KBM
CLASS ACTION
JURY DEMANDED

Consolidated with:

BELL, ET AL., on behalf of themselves
and all others similarly situated,

    Plaintiffs,

vs.

TRI-STATE CAREFLIGHT, LLC, and
BLAKE A. STAMPER, Individually,

    Defendants.

No. 2:17-cv-00796-JB-CG
CLASS ACTION
JURY DEMANDED

ORDER [and Final Judgment] 9/25/22

THIS MATTER comes before the Court on Plaintiffs' Unopposed Fed. R. Civ. P. 23 and 54 Motion for Final Approval of Class Action Settlement and Award of Attorney's Fees and Costs. The Court, having reviewed the record, including Plaintiffs' Motion, the Declaration of Lisa Pavlik, Senior Project Manager for the Settlement Administrator, and the declaration of counsel, both of which are attached to the Motion, having heard argument, having considered all of the factors set forth in Fed.R.Civ.P. 23(e) and applicable case law, and otherwise being sufficient advised, FINDS that the Motion should be GRANTED.

It is therefore ORDERED AND ADJUDGED as follows:

~~1. The Court shall retain jurisdiction over this matter, and personal jurisdiction over the parties, throughout the implementation and administration of the Settlement Agreement and all payments thereunder;~~ *JB 9/27/22*

1. The settlement described in Plaintiffs' unopposed motion for final approval of the class action settlement and set forth in the Settlement Agreement previously filed with the Court, which includes a gross settlement fund of $350,000.00, is within the range of reasonableness and is hereby adjudged to be fair, adequate and reasonable;

2. The schedule for effectuating payments to class members from the settlement fund is approved and the Settlement Administrator is authorized to mail wage payments to those who have complied with the Class Notice;

3. Attorney's fees of $98,000.00 and costs of $11,566.58, together with New Mexico Gross Receipts Tax of $8,491.41, sought by counsel are reasonable and the Settlement Administrator is authorized to disburse those funds to class counsel.

4. This is a FINAL and APPEALABLE Order and there is no just cause for delay.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE

2